# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>            **Plaintiff,**<br><br>    vs.<br><br>LAMBRECHT LIVESTOCK TRUCKING, INC., AMERICAN FOODS GROUP, LLC, and GIBBON PACKING, LLC,<br><br>            **Defendants.** | 4:24CV3235<br><br>ORDER |

This matter is before the Court following a telephone conference held with counsel for the parties on July 22, 2025. In accordance with the matters discussed during the conference,

**IT IS ORDERED:**

1) The deadline for serving mandatory disclosures under Rule 26(a)(1) is **September 1, 2025.**

2) The deadline for moving to amend pleadings or add parties is **September 15, 2025**.

3) This case will be resolved by cross-motions for summary judgment, which shall be filed on or before **May 1, 2026**. The brief responding to the opposing party's summary judgment motion shall be filed on or before **June 1, 2026**. The parties shall file any reply briefs on or before **June 15, 2026**.

4) The parties shall contact the chambers of the undersigned magistrate judge to schedule a status conference within 7-days of the rulings on the cross-motions for summary judgment, if necessary.

Dated this 22nd day of July, 2025.

                                                          BY THE COURT:

                                                          s/Michael D. Nelson
                                                          United States Magistrate Judge