# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LAMBRECHT LIVESTOCK TRUCKING, INC., AMERICAN FOODS GROUP, LLC, and GIBBON PACKING, LLC,<br><br>　　　　　　Defendants. | 4:24CV3235<br><br>ORDER |

Counsel have advised the undersigned magistrate judge that they have scheduled mediation to occur on September 30, 2025, and request that this case be stayed pending the outcome of mediation. Accordingly,

**IT IS ORDERED:**

1) All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2) On or before **October 7, 2025**, the parties shall notify the Court regarding the outcome of mediation.

3) If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with jointly proposed amended case progression deadlines.

Dated this 8th day of August, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge