IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>                  Plaintiff,<br><br>    vs.<br><br>LAMBRECHT LIVESTOCK TRUCKING, INC., AMERICAN FOODS GROUP, LLC, and GIBBON PACKING, LLC,<br><br>                  Defendants. | 4:24CV3235<br><br>ORDER ON STIPULATION OF DISMISSAL |

       This case is before the Court on the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), signed by counsel for all parties. Filing 41. The parties stipulate to dismissal with prejudice of all claims asserted in this lawsuit, with each party to pay its own fees, costs, and expenses. Filing 41 at 1. Accordingly,

       IT IS ORDERED that the parties' Stipulation of Dismissal, Filing 41, is accepted, and this case is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

       Dated this 3rd day of November, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1